# Glaser Weil

10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
310.553.3000 TEL
310.556.2920 FAX

Andriy R. Pazuniak
**Direct Dial**
310.282.6274
**Direct Fax**
310.785.3574
**Email**
apazuniak@glaserweil.com

December 11, 2017


FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
DEC 12 2017
D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

<u>VIA FEDEX OVERNIGHT DELIVERY</u>

Clerk, US District Court for the
District of Utah
**Attn: Jeff Taylor**
351 S West Temple, Room 1.100
Salt Lake City, UT 84101

Re: **Gold King Mine Release in San Juan County, Colorado, on August 5, 2015**
**Case Nos 1:16-cv-465; 1:16-cv-931; 1:17-cv-710; and 2:17-cv-866**
**Pending JP-MDL Case No. 1:17-P-83**

Dear Clerk for the District Court of Utah:

On behalf of Glaser Weil Fink Howard Avchen & Shapiro LLP, counsel for Defendant Environmental Restoration, LLC, I hereby serve by Federal Express, overnight delivery, courtesy copies of the following documents, filed today before the United States Judicial Panel on Multidistrict Litigation:

1. Defendant Environmental Restoration, LLC's Motion to Transfer for Coordinated or Consolidated Pretrial Proceedings Under 28 U.S.C. § 1407;
2. Brief in Support of Defendant Environmental Restoration, LLC's Motion to Transfer for Coordinated or Consolidated Pretrial Proceedings Under 28 U.S.C. § 1407;
3. Schedule of Actions;
4. Declaration of Peter C. Sheridan and Exhibits A through L;
5. Docket Sheets and Complaints for the pending actions; and
6. Proof of Service.

Respectfully,

ANDRIY R. PAZUNIAK
for GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

ARP:cm
Enclosures

cc:  Clerk of the United States Judicial Panel on Multidistrict Litigation, via overnight delivery

MERITAS LAW FIRMS WORLDWIDE

1429444.1